# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ABINGDON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | Case No. 1:05CR00053 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **MARJIL LEE BERGARA,** | ) | By: James P. Jones |
| | ) | United States District Judge |
| Defendant. | ) | |

For the reasons stated in the accompanying Opinion, it is **ORDERED** as follows:

1.  The Clerk is DIRECTED to redocket the defendant's pro se submissions (ECF Nos. 121 & 122) as a single Motion to Vacate, Set Aside or Correct Sentence, pursuant to 28 U.S.C. § 2255;

2.  The § 2255 motion is hereby DENIED without prejudice as successive;

3.  The § 2255 motion is stricken from the active docket of the court; and

4.  A Certificate of Appealability is DENIED.

ENTER:  April 3, 2012

/s/  James P. Jones
United States District Judge